AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Provident Life and Casualty Insurance Company__

was received by me on *(date)* __8-25-23__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: __Documents forwarded by courier as directed by NYS Department of Financial Services please see attached.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __8-31-23__

*Server's signature*

__Kerry Gunner__
*Printed name and title*

__299 Hamilton St__
*Server's address*
__Albany NY 12210__

Additional information regarding attempted service, etc:

AFFIDAVIT OF TRANSMITTAL BY MAIL

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF NEW YORK

INDEX #23-CV-844

ANGELIKA NABI                              PLAINTIFF

VS

PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY

                                  DEFENDANT


STATE OF NEW YORK

COUNTY OF ALBANY  SS


Kerry Gunner, being sworn, states the following:


I am over the age of 18 years, reside in the State of New York and am not a party to the action. I was asked to effectuate service of a SUMMONS IN A CIVIL ACTION AND COMPLAINT in the above referenced action upon the defendant, PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY by serving via the NYS Department of Financial Services. I have been unable to do so in person because this office has been, and remains closed to the public due to COVID-19 restrictions. In person service is not allowed. I was advised by the Office of Counsel for this agency that I should forward the documents that needed to be served to their office by mail or courier.


A copy of the SUMMONS IN A CIVIL ACTION COMPLAINT in the above referenced action, along with the $40.00 fee required by statute was forwarded by UPS

(1Z 934 4AR 03 6695 1741) ON 8-30-23. The package was tracked as delivered on 8-31-23 10:28AM.

*[signature]*

KERRY GUNNER

SWORN TO BEFORE ME THIS 31ST DAY OF AUGUST 2023

*[signature]*

NOTARY PUBLIC

VICTORIA NELSON
Notary Public, State of New York
Qualified in Albany Co., No. 01NE6376548
My Commission Expires June 11, 2026