UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ANGELIKA NABI,

                            Plaintiff,

v.

                            Case No. 23-cv-844-LJV

PROVIDENT LIFE AND CASUALTY
INSURANCE COMPANY

                            Defendant,

---

## STIPULATION AND ORDER FOR EXTENSION OF TIME

        IT IS HEREBY STIPULATED and agreed to by and between plaintiff, by her counsel, HAGERTY & BRADY, and defendant, PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY, by its counsel, Rupp Pfalzgraf LLC, that defendant's time to respond to plaintiff's complaint (Dkt. No. 1) is hereby extended through and including **October 13, 2023**.

Dated:  September 13, 2023
           Buffalo, New York

| | |
|---|---|
| **HAGERTY & BRADY** | **RUPP PFALZGRAF LLC** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| By: *s/Daniel J. Brady* | By: s/*Matthew D. Miller* |
|     Daniel J. Brady, Esq. |     Matthew D. Miller, Esq. |
|     Michael A. Brady, Esq. |     424 Main Street |
|     69 Delaware Ave., Suite 1010 |     1600 Liberty Building |
|     Buffalo, NY 14202 |     Buffalo, New York 14202 |
|     (716) 856-9443 |     (716) 854-3400 |
|     dbrady@hagerty-brady.com |     Miller@RuppPfalzgraf.com |
|     mbrady@hagerty-brady.com | |

SO ORDERED.

_____
Hon. Lawrence J. Vilardo