UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**ANGELIKA NABI,**

                      **Plaintiff,**                    23-CV-844(Sr)

v.

                                                **CASE MANAGEMENT ORDER**

**PROVIDENT LIFE AND CASUALTY INSURANCE COMPANY,**

                      **Defendant.**

---

Pursuant to 28 U.S.C. 636(c), the parties have consented to proceed before the Magistrate Judge, and it is ORDERED that:

1. Compliance with the mandatory requirements found in Rule 26(a)(1) of the Federal Rules of Civil Procedure will be accomplished no later than **February 16, 2024**.

2. All motions to join other parties and to amend the pleadings shall be filed no later than **April 1, 2024**.

3. All fact depositions shall be completed no later than **August 1, 2024.**

4. Plaintiff shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **September 1,**

**2024**.  Defendant shall identify any expert witnesses who may be used at trial and provide reports pursuant to Fed. R. Civ. P. 26(a)(2)(B) no later than **October 1, 2024.**

5. All expert depositions shall be completed no later than **November 29, 2024.**

6. All discovery in this case shall be completed no later than **December 20, 2024.**

7. Dispositive motions shall be filed by all parties no later than **January 31, 2025**.  *See generally* Local Rule 7.1(c); 56.  The parties are directed to provide a courtesy copy of all motion papers to the Judge.

8. Mediation sessions may continue, in accordance with Section 5.11 of the ADR Plan, until **February 28, 2025.**  The continuation of mediation sessions shall not delay or defer other dates set forth in this Case Management Order.

9. Sanctions: Counsel's attention is directed to Fed.R.Civ.P. 16(f) calling for sanctions in the event of failure to comply with any direction of this Court.

**SO ORDERED.**

DATED:   Buffalo, New York
         January 29, 2024

                                        *S/ H. Kenneth Schroeder, Jr.*
                                        **H. KENNETH SCHROEDER, JR.**
                                        **United States Magistrate Judge**