AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Western DISTRICT OF New York

Angelika Nabi

V.

Provident Life and Casualty

**EXHIBIT AND WITNESS LIST**

Case Number: 23-cv-00844

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. H. Kenneth Schroeder, Jr. | Daniel Brady, Hagerty & Brady | Patrick Begos, Robinson+Cole LLP |
| TRIAL DATE(S) 12/3/2025-12/4/2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | | | | Claim File (PLC-CL-IDI-000001-000761) |
| | 1a | | | | PLC Imaged Application File (PLC-AP-ID-000001-000082) |
| | 1b | | | | PLC IDI Policy (PLC-POL-IDI-000001-000022) |
| | 1c | | | | Revised Premium History for Policy 6006984 - 10.4.2023 (PLC-MS-PREM HIST-000001-000012) |
| | 1d | | | | PACE Computer Screens (PLC-MS-PACE CS-000001-000024) |
| | 1e | | | | BEST Computer Screens (PLC-MS-BEST CS-000001-000044) |
| | 1f | | | | Claim File Excerpts Unredacted (PLC-CL-IDI-000214-215, 000496-497) |
| | 2 | | | | Declaration of Gregory Castiglia, M.D., dated February 12, 2025 |
| | 3 | | | | Transcript of Deposition of Gregory Castiglia, M.D., taken November 10, 2025 |
| | 4 | | | | Expert Witness Disclosure of Judith Cohen, M.D. |
| | 5 | | | | Transcript of Deposition of Judith Cohen, M.D., taken October 31, 2025 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages