# Hagerty & Brady

Attorneys and Counsellors at Law

MICHAEL A. BRADY

DANIEL J. BRADY

EDWIN P. HUNTER
of counsel

THOMAS V. HAGERTY
Retired

January 20, 2026

Honorable H. Kenneth Schroeder, Jr.
2 Niagara Square, 7th Floor          **VIA CM/ECF**
Buffalo, NY 14202

Re:   Nabi v. Provident Life and Casualty Insurance Company
      23-cv-844
      Our File: 2023-2194

Dear Magistrate Judge Schroeder:

I write to request a short extension of the deadline for proposed Findings of Fact and Conclusions of Law following the trial conducted on December 3, 2025 in this matter. The transcript of the trial was filed on December 23, 2025, making the proposed Findings of Fact and Conclusions of Law due on January 26, 2026.

It is respectfully submitted there is good cause for this request. Following the Christmas and New Year's holidays, I was pulled into a criminal jury trial which commenced on January 5, 2026; that trial was scheduled to take one week but did not finish until January 15. During and since that time, two of my children have been home sick multiple days, including one with a prolonged strep infection. In addition, there have been multiple instances of the schools' closing for weather, causing both my wife and myself to miss work.

As a result of the foregoing, we request an additional 10 days for submission of the proposed Findings of Fact and Conclusions of Law, making the submissions due on February 5, 2026. I have discussed this request with counsel for Defendant, and they have graciously consented to the same.

Respectfully,

DANIEL J. BRADY
dbrady@hagerty-brady.com

DJB:kak
cc:   Patrick Begos, Esq. (via ECF)
      Arielle J. Ederi, Esq. (via ECF)